**Order filed, September 12, 2012.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔊𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰
_____

## NO. 14-12-00552-CR
_____

**LANDON DARREN ROTHSTEIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Co Crim Ct at Law No 8
Harris County, Texas
Trial Court Cause No. 1768115**

---

## ORDER

The reporter's record in this case was due **July 9, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Sondra Humphrey**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM